**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**STEVEN LARON McARTHUR**                                                   **PETITIONER**

**VS.**                                 **CASE NO. 5:15CV00094 BRW/PSH**

**WENDY KELLEY, Director of the**
**Arkansas Department of Correction**                                        **RESPONDENT**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate

Judge Patricia S. Harris.  After careful review of those Findings and Recommendations, the

timely objections received thereto, and a *de novo* review of the record, the Court concludes that

the Findings and Recommendations are adopted in their entirety as this Court's findings in all

respects.  Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases

in the United States District Court, the Court must determine whether to issue a certificate of

appealability in the final order.  In § 2254 cases, a certificate of appealability may issue only if

the applicant has made a substantial showing of the denial of a constitutional right.[1]  The Court

finds no issue on which petitioner has made a substantial showing of a denial of a constitutional

right. Accordingly, the certificate of appealability is denied.

IT IS SO ORDERED this <u>26th</u> day of October, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]28 U.S.C. § 2253(c)(1)-(2).